627 A.2d 1131

STATE OF NEW JERSEY v. JOHN STREATER.

January 28, 1993.

Petition for certification is granted, and the judgment of the Appellate Division is summarily affirmed insofar as it remands the matter to the Law Division, the remand proceedings to be in accordance with *State v. Shaw*, 131 *N.J.* 1, 618 *A.*2d 294 (1993). The remainder of that portion of the judgment that is before the Court on the petition for certification is summarily reversed.

627 A.2d 1132

AGAPITO RAVARRA, ET AL. v. HUSKY INJECTION
MOLDING SYSTEMS INC.

March 3, 1993.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reconsider in the light of *Jurado v. Western Gear Works*, 131 *N.J.* 375, 619 *A.*2d 1312 (March 3, 1993). Jurisdiction is not retained.

627 A.2d 1132

NEW JERSEY STATE LEAGUE OF MUNICIPALITIES,
ETC., ET AL. v. STATE OF NEW JERSEY.

March 11, 1993.

ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the petition for certification is dismissed.